The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTOFER NAPPER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC,<br><br>　　　　　　Defendants. | No. 2:23-CV-01687-TL<br><br>[PROPOSED] ORDER RE STIPULATED MOTION TO STAY ACTION |

　　IT IS SO ORDERED that this action is hereby stayed for ninety (90) days to facilitate the parties' discussions regarding a potential resolution of this action. Either party may request that the stay be lifted during this period if that party believes that insufficient progress is being made towards a resolution. The Parties shall submit a joint status report to the Court on or before ninety (90) days from the date of this Order.

　　DATED this 18th day of March 2024.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER RE STIPULATED
MOTION TO STAY ACTION
(2:23-CV-01687-TL) - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910

Presented by:

| | |
|---|---|
| WASHINGTON CIVIL & DISABILITY ADVOCATE | SEYFARTH SHAW LLP |
| By */s/ Conrad Reynoldson*<br>Conrad Reynoldson, WSBA #48187<br>4115 Roosevelt Way NE, Suite B<br>Seattle, Washington 98105<br>(206) 876-8515 | Phone<br>Email: conrad@wacda.com | By: */s/Andrew R. Escobar*<br>Andrew R. Escobar<br>999 Third Avenue, Suite 4700<br>Seattle, Washington 98104-4041<br>(206) 946-4910 | Phone<br>Email: aescobar@seyfarth.com |
| By */s/ Marielle Maxwell*<br>Marielle Maxwell, WSBA #54957<br>4115 Roosevelt Way NE, Suite B<br>Seattle, Washington 98105<br>(206) 455-6430 | Phone<br>Email: marielle@wacda.com | Minh N. Vu (*Pro hac vice*)<br>SEYFARTH SHAW LLP<br>975 F St NW<br>Washington, DC 20004<br>(202) 828-5337 | Phone<br>Email: mvu@seyfarth.com |
| DOBSON HICKS PLLC | Michael E. Steinberg (*Pro hac vice*)<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210<br>(617) 946-8316 | Phone<br>Email: msteinberg@seyfarth.com |
| By */s/ Aubrie D. Hicks*<br>Aubrie D. Hicks, WSBA #46446<br>12055 15th Ave NE<br>Seattle, Washington 98125<br>(206) 492-5183 | Phone<br>Email: aubrie@dobsonhicks.com | *Counsel for Defendant* |

*Attorneys for Plaintiff*

[PROPOSED] ORDER RE STIPULATED
MOTION TO STAY ACTION
(2:23-CV-01687-TL) - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910