The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTOFER NAPPER,<br><br>            Plaintiff,<br><br>    v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC,<br><br>            Defendants. | No. 2:23-CV-01687-TL<br><br>ORDER RE STIPULATED MOTION TO STAY ACTION |

IT IS SO ORDERED that this action is hereby stayed for an additional forty-five (45) days, through and including July 31, 2024, to facilitate the Parties' discussions regarding a potential resolution of this action. Either Party may request that the stay be lifted during this period if that Party believes that insufficient progress is being made towards a resolution. The Parties shall submit a joint status report to the Court on or before July 31, 2024.

Dated this 7th day of June 2024.

_____
Tana Lin
United States District Judge

ORDER RE SECOND STIPULATED MOTION TO
STAY ACTION
(2:23-CV-01687-TL) - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910

Presented by:

| | |
|---|---|
| WASHINGTON CIVIL & DISABILITY ADVOCATE | SEYFARTH SHAW LLP |
| By */s/ Conrad Reynoldson*<br>Conrad Reynoldson, WSBA #48187<br>4115 Roosevelt Way NE, Suite B<br>Seattle, Washington 98105<br>(206) 876-8515 | Phone<br>Email: conrad@wacda.com | By: */s/Andrew R. Escobar*<br>Andrew R. Escobar<br>999 Third Avenue, Suite 4700<br>Seattle, Washington 98104-4041<br>(206) 946-4910 | Phone<br>Email: aescobar@seyfarth.com |

By */s/ Marielle Maxwell*
  Marielle Maxwell, WSBA #54957
  4115 Roosevelt Way NE, Suite B
  Seattle, Washington 98105
  (206) 455-6430 | Phone
  Email: marielle@wacda.com

Minh N. Vu (*Pro hac vice*)
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
(202) 828-5337 | Phone
Email: mvu@seyfarth.com

DOBSON HICKS PLLC

By */s/ Aubrie D. Hicks*
  Aubrie D. Hicks, WSBA #46446
  12055 15th Ave NE
  Seattle, Washington 98125
  (206) 492-5183 | Phone
  Email: aubrie@dobsonhicks.com

Michael E. Steinberg (*Pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
(617) 946-8316 | Phone
Email: msteinberg@seyfarth.com

*Counsel for Defendant*

*Attorneys for Plaintiff*

ORDER RE SECOND STIPULATED MOTION TO STAY ACTION
(2:23-CV-01687-TL) - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910