The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTOFER NAPPER,<br><br>                Plaintiff,<br><br>v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC,<br><br>                Defendants. | No. 2:23-CV-01687-TL<br><br>ORDER RE: STIPULATED MOTION TO STAY ACTION |

IT IS SO ORDERED that this action is hereby stayed for an additional **thirty (30) days**, **through and including August 30, 2024**, to facilitate the Parties' discussions regarding the terms of a potential resolution of this action. Either Party may request that the stay be lifted during this period if that Party believes that insufficient progress is being made towards a resolution. The Parties shall submit a joint status report to the Court **on or before August 30, 2024**.

Dated this 22nd day of July 2024.

_____
Tana Lin
United States District Judge

Presented by:

| | |
|---|---|
| [PROPOSED] ORDER RE THIRD STIPULATED<br>MOTION TO STAY ACTION<br>(2:23-CV-01687-TL) - 1 | SEYFARTH SHAW LLP<br>999 Third Avenue<br>Suite 4700<br>Seattle, WA 98104-3100<br>(206) 946-4910 |

| | |
|---|---|
| WASHINGTON CIVIL & DISABILITY ADVOCATE | SEYFARTH SHAW LLP |

By */s/ Conrad Reynoldson*
   Conrad Reynoldson, WSBA #48187
   4115 Roosevelt Way NE, Suite B
   Seattle, Washington 98105
   (206) 876-8515 | Phone
   Email: conrad@wacda.com

By */s/ Marielle Maxwell*
   Marielle Maxwell, WSBA #54957
   4115 Roosevelt Way NE, Suite B
   Seattle, Washington 98105
   (206) 455-6430 | Phone
   Email: marielle@wacda.com

DOBSON HICKS PLLC

By */s/ Aubrie D. Hicks*
   Aubrie D. Hicks, WSBA #46446
   12055 15th Ave NE
   Seattle, Washington 98125
   (206) 492-5183 | Phone
   Email: aubrie@dobsonhicks.com

*Attorneys for Plaintiff*

By: */s/Andrew R. Escobar*
   Andrew R. Escobar
   999 Third Avenue, Suite 4700
   Seattle, Washington 98104-4041
   (206) 946-4910 | Phone
   Email: aescobar@seyfarth.com

Minh N. Vu (*Pro hac vice*)
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
(202) 828-5337 | Phone
Email: mvu@seyfarth.com

Michael E. Steinberg (*Pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
(617) 946-8316 | Phone
Email: msteinberg@seyfarth.com

*Counsel for Defendant*

[PROPOSED] ORDER RE THIRD STIPULATED
MOTION TO STAY ACTION
(2:23-CV-01687-TL) - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910