The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTOFER NAPPER, | Case No. 2:23-CV-01687-TL |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| AMC ENTERTAINMENT HOLDINGS, INC., | |
| Defendants. | |

BASED ON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Entered this 17th day of September, 2024.

_____
United States District Judge Tana Lin

ORDER OF DISMISSAL WITH PREJUDICE - 1

SEYFARTH SHAW LLP
999 Third Ave.
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910